## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**SARA HEDRICK,** *et al.***,**

        **Plaintiffs,**

                                          **Case No. 2:19-cv-1326**

    **vs.**                                   **Judge Edmund A. Sargus, Jr.**

                                        **Chief Magistrate Judge Elizabeth P. Deavers**

**OHIOHEALTH CORPORATION,**

        **Defendant.**

## ORDER

    This matter came before the Court on June 15, 2020 for a telephonic status conference. Counsel for all parties appeared and participated in the conference.

    As discussed more fully during the conference, Defendant has agreed not to oppose Plaintiffs' Motion for Leave to File a Second Amended Complaint to assert a claim, solely by Plaintiff Sara Hedrick, under Second 504 of the Rehabilitation Act.  Plaintiff's oral Motion for Leave to File a Second Amended Complaint is **GRANTED**.[1]  Plaintiff will file her Second Amended Complaint by **JUNE 17, 2020**.  Plaintiffs' Objections (ECF No. 62) to the Opinion and Order denying the Motion for Leave to File an Amended Complaint, Motion for Leave to File Declaration (ECF No. 63), and Motion to Dismiss Without Prejudice (ECF No. 68) are **DENIED AS MOOT**.

    The Court hereby extends the discovery deadline to **JULY 31, 2020** and dispositive motion deadline to **AUGUST 31, 2020**.

---

[1] The Court construes the discussion during the conference as Plaintiff's oral Motion.

**IT IS SO ORDERED.**


                                                    /s/ *Elizabeth A. Preston Deavers*_____
**DATED:  June 15, 2020**                           **ELIZABETH A. PRESTON DEAVERS**
                                                    **CHIEF UNITED STATES MAGISTRATE JUDGE**