# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

Sara Hedrick )
*Plaintiff* )
v. ) Civil Action No. 2:19-cv-1326
OhioHealth Corporation. )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** Pursuant to the Opinion and Order Filed filed 9/22/2021 The Court Grants ECF No. [94] Defendant's Motion for Summary Judgment; Denies ECF No. [95] Plaintiff's Motion for Summary Judgment; Denies ECF No. [123] Plaintiff's Motion for Leave to File an untimely declaration and Grants ECF No.[129] Plaintiff's Motion for Leave to File an untimely declaration. This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 09/22/2021

CLERK OF COURT

*Christi M. Wer[…]*
Signature of Clerk or Deputy Clerk